# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        26-mj-73 DLM |
| | ) | Date:              February 9, 2026 |
| Brenna Marie Doyle, | ) | Video Conference |
| | ) | Courthouse:   Mpls |
| Defendant. | ) | Courtroom:     9W |
| | ) | Time Commenced:   2:35 p.m. |
| | ) | Time Concluded:     2:44 p.m. |
| | | Time in Court:          9 minutes |

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Robert Richman and Andrea George in Spokane, WA with the defendant via video
  X CJA

Date Charges Filed:   1/24/2026     Offense: threaten to assault Federal law enforcement with intent to impede, intimate, and interfere with official duties: threaten to assault family of Federal law enforcement office: transmit voicemails contain threats to Federal law enforcement and family

  X Advised of Rights

on    X Complaint


X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is immediately following this hearing for:
  X Preliminary hrg


Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                        s/jam
                                                        Signature of Courtroom Deputy