IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | Case No:  26-mj-73 DLM |
| Brenna Marie Doyle, | ) | Date:  February 9, 2026 |
| | ) | Video Conference |
| | ) | Courthouse:  Mpls |
| Defendant. | ) | Courtroom:  9W |
| | ) | Time Commenced:  2:44 p.m. |
| | ) | Time Concluded:  3:18 p.m. |
| | ) | Time in Court:  34 minutes |

X  **PRELIMINARY HEARING**

APPEARANCES:

Plaintiff:  Benjamin Bejar, Assistant U.S. Attorney
Defendant:  Robert Richman and Andrea George in Spokane, WA with the defendant via video
X CJA

On     X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:

X Defendant consents to this hearing via video conference.

Government exhibits 1 – 4 submitted and received.
Christopher Sylvester testified.

_____ *s/jam*
Signature of Courtroom Deputy